Craig A. ADAMS, Petitioner,

v.

DEPARTMENT OF the ARMY,
Respondent.

No. 2007–3203.

United States Court of Appeals,
Federal Circuit.

April 10, 2008.

Nicole M. Smithson, The Law Offices of Sherriee L. Detzler, P.L.L.C., of Utica, MI, argued for petitioner.

Allison Kidd–Miller, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Jeffrey S. Bucholtz, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel on the brief was Therese M. Novell, Attorney, Department of the Army, of Warren, Michigan.

Before GAJARSA, LINN, and DYK, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.